**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 8:25-cv-1528-TPB-SPF

ADRIANSCARPENTER LLC,
n/k/a AD ROOFING &
CONSTRUCTION, LLC,

Defendant.
_____________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on July 8, 2026. (Doc. 25). Judge Flynn recommends that "Plaintiff's Motion for Entry of Final Default Judgment" (Doc. 24) be granted in part and denied in part. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and

recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Flynn's well-reasoned report and recommendation, the Court adopts the report and recommendation in its entirety.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 25) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff's Motion for Entry of Final Default Judgment" (Doc. 24) is **GRANTED IN PART** and **DENIED IN PART**, as set forth in the report and recommendation.

(3) The United States's motion is granted to the extent that default judgment should be entered against Defendant and the United States should be awarded damages and costs.

(4) The Clerk of Court is directed to enter judgment in favor of Plaintiff United States of America, and against Defendant Adrianscarpenter, LLC n/k/a AD Roofing & Construction, LLC, in the amount of $12,230.56 in damages plus interest in the amount of $0.47 accruing from the date of judgment, plus costs in the amount of $65.

(5) The United States's motion is denied in all other respects.

(6) Following the entry of judgment, the Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>20th</u> day of August, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE